Raeanna Jordan / T765534
Name and Prisoner/Booking Number

Estrella Jail
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

☒ FILED   ___ LODGED
___ RECEIVED  ___ COPY

APR 29 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Raeanna E. Jordan,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Estrella jail / Facility,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV22-00729-PHX-DJH--MHB**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☐ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: Estrella jail / Phoenix, Arizona.

Revised 12/1/20                              1                              **550/555**

## B. DEFENDANTS

1. Name of first Defendant: __Estrella jail__. The first Defendant is employed as: __N/A facility, not a person__ at __Estrella__.
   (Position and Title)                    (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Exposure to Black Mold at Estrella facility / unsafe or threat to health and safety__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.

   ☐ Basic necessities        ☐ Mail           ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property       ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer ☑ Threat to safety ☑ Other: __Health threat due to black mold__

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   While being incarcerated, I was exposed to the very deadly fungus black mold. We also were exposed to rotten fruit and moldy bread. My main concern was the black mold. There was this fungus on the windows around the edges in between the walls and the window almost as if it was holding the window together. This I noticed in the D-tower in the 300 pod. To be exact; 303 and 308. But I was mainly in the F dorm and this fungus was noticeably in the shower around the soap holder area and the on/off buttons and the ceiling was covered in the dark black mold. I also endured symptoms like dizziness and shortness of breath which was abnormal for me for being very fit and in shape. I smoke cigarettes on the outs and never have experienced those symptoms so I know it was abnormal. I even fainted in the shower and had to go to medical. At one point I was placed in a bunk (#9) by the showers and started wheezing and sneezing and encored a migraine every night and yet again it was abnormal symptoms for me.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). I was more-so having symptoms of dizziness, leading to lightheadedness, leading to loss of balance. Low-energy and nausea. I developed a non covid related cough + respiratory issues as well.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes  ☑ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes  ☑ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes  ☑ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __I know that they wouldn't have done anything. The grievance I required could not be honored regardless because it's a problem with the facility building.__

E. REQUEST FOR RELIEF

State the relief you are seeking:
I would like some kind of compensation for not being given a safe/healthy environment. Black mold is deadly and its not right to have anyone forced to endure that incarcerated or not!! I'm still a human being, and did inform a officer of how I felt and informed them I speculated there was black mold, and was told it was not. I think due to the severity of the dangerous black mold it should be taken more seriously in the future for other inmates.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/16/22__
　　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date _____ **April 25, 2022** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  **B4627**
Legal Support Specialist Signature   S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009